by Elizabeth A. Dailey against Helen M. Fenton. No opinion. Order affirmed, by default, with costs, on argument.

DALTON, Respondent, v. DALTON et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) Action by Annie E. Dalton against George W. Dalton and another. No opinion. Motion to set aside affirmance by default granted, on payment within two days of $10 costs, and cause placed at foot of calendar for argument peremptorily.

DALY, Respondent, v. STATEN ISLAND ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by James C. Daly against the Staten Island Electric Railway Company. H. K. Davis, for appellant. C. G. F. Wahle, for respondent. No opinion. Judgment and order affirmed, with costs.

DAVIS, Respondent, v. MARVINE, Appellant. (Supreme Court, Appellate Division, Third Department. May, 1899.) Action by George B. Davis, as administrator, etc., against George E. Marvine. No opinion. Motion to correct order, as proposed by order submitted, granted.

DAVIS v. UNITED PORTABLE HOISTING ENGINEERS et al. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by Benjamin P. Davis against the United Portable Hoisting Engineers and others. No opinion. Motion granted, with $10 costs. See 51 N. Y. Supp. 180.

DAY, Appellant, v. FISH, Respondent. (Supreme Court, Appellate Division, Third Department. December 6, 1899.) Action by William J. Day against A. Perry Fish. No opinion. Judgment of the county court affirmed, with costs.

DAYTON v. BANGS et al. (Supreme Court, Appellate Division, First Department. November 24, 1899.) Action by Herbert W. Dayton against Edwin D. Bangs and another. No opinion. Motion denied, with $10 costs.

DEDRICK, Respondent, v. VILLAGE OF CORINTH, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by Levi B. Dedrick against the village of Corinth. No opinion. Order affirmed, with costs.

DEERING v. REILLY. (Supreme Court, Appellate Division, First Department. December 5, 1899.) Action by James A. Deering against William J. Reilly. No opinion. Motion granted, with $10 costs.

DEGRAW, Appellant, v. ERIE RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 19, 1899.) Action by Wilson Degraw, by Gilbert Degraw, his guardian ad litem, against the Erie Railway Company.

PER CURIAM. Motion for reargument granted. Decision hitherto rendered vacated, and in lieu thereof it is ordered that the order appealed from be modified, so as to make the conditions of the bond the same as those prescribed in the order for the deposit of money, to wit, to secure only the payment of costs which may be awarded on appeal; and, as modified, order affirmed, without costs of this appeal to either party.

DE HIERAPOLIS v. REILLY. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by Emilie S. De Hierapolis against John B. Reilly, Jr. No opinion. Motion for leave to go to court of appeals granted. See 60 N. Y. Supp. 417.

DEINHART, Respondent, v. ELECTRIC LIGHT & POWER CO. OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by Peter Deinhart, as administrator, etc., of Martin Deinhart, deceased, against the Electric Light & Power Company of Syracuse, impleaded with the city of Syracuse.

PER CURIAM. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the damages to $3,000. If such stipulation shall be given, the judgment and order, as so modified, are affirmed, without costs of this appeal to either party.

DEMARY et al., Appellants, v. SHERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1899.) Action by Andrew J. Demary and others against Tillie T. Sherman. No opinion. Order affirmed, with $10 costs and disbursements.

DIETCH, Respondent, v. FORD, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Hattie Dietch against Clara Ford. No opinion. Judgment of the municipal court affirmed, with costs, on argument.

D. M. KOEHLER & SONS CO., Appellant, v. BOYLAN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 24, 1899.) Action by the D. M. Koehler & Sons Company against Frank Boylan and others. A. C. Weil, for appellant. D. F. Ayres, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DRIFFILL, Appellant, v. COWLES, Respondent. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by Gerrie E. Driffill against Horace N. Cowles. No opinion. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

DUGAN, Respondent, v. HAYES, Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by John J. Dugan against Dennis H. Hayes. A. J.

Elkus, for appellant. G. W. Smith, for respondent. No opinion. Judgment and order affirmed, with costs.

In re DU MAHAUT. (Supreme Court, Appellate Division, First Department. November 17, 1899.) In the matter of Adolphe N. Du Mahaut. No opinion. Charges dismissed.

DUSENBURY et al., Respondents, v. McTAMMANY, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Action by George Dusenbury and another against John McTammany. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

EATON, Respondent, v. MORSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) Action by Ira T. Eaton against the Morse Company. No opinion. Motion for stay granted, with leave to respondent to move on five days' notice to vacate stay in case of any delay in prosecuting the Illinois appeal. Order to be settled on notice.

EATON, Respondent, v. MORSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Action by Ira T. Eaton against the Morse Company. No opinion. Order settled.

EAU CLAIRE NAT. BANK et al., Respondents, v. GERMAIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by the Eau Claire National Bank and Seth Fish against George P. Germain. No opinion. Judgment affirmed, with costs.

ELLERY et al., Appellants, v. PERSONS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Action by Joseph E. Ellery and another against Henry H. Persons and another, as receivers, etc. No opinion. Judgment affirmed, with costs. All concur, except HARDIN, P. J., not voting.

EMPIRE CITY MARBLE CO. v. STANDARD STRUCTURE CO. (City Court of New York, General Term. November 16, 1899.) Action by the Empire City Marble Company against the Standard Structure Company. From an order entered therein an appeal is taken. Affirmed. John C. Wait, for appellant. Byram L. Winters, for respondent.

PER CURIAM. Order appealed from affirmed, with costs.

EMPIRE COAL CO., Respondent, v. BURNS, Appellant. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by the Empire Coal Company against Thomas S. Burns. No opinion. Judgment affirmed, with costs.

In re EVELINE. (Supreme Court, Appellate Division, Third Department. November 15,

1899.) In the matter of the application of James B. Eveline. No opinion. Order affirmed, with $10 costs and disbursements.

FALLON, Respondent, v. EGBERTS WOOLEN-MILL CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 6, 1899.) Action by Stephen A. Fallon against the Egberts Woolen-Mill Company. No opinion. Judgment affirmed, with costs.

FERRIS et al., Appellants, v. FERRIS, Respondent. (Supreme Court, Appellate Division, Second Department. December 12, 1899.) Action by William Ferris and another, as administrators, etc., against Eugene Ferris, Jr., individually and as executor of Eugene Ferris, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

FISH'S EDDY CHEMICAL CO., Respondent, v. TOMPKINS et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by the Fish's Eddy Chemical Company against Fred Tompkins and others. No opinion. Judgment affirmed, with costs.

FLOYD, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) Action by Benjamin C. Floyd against Frederick Smith. No opinion. Judgment of the municipal court affirmed, with costs, on opinion in Kantro v. Armstrong (decided herewith), 60 N. Y. Supp. 970.

FOWLER, Respondent, v. BUFFALO FURNACE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by Bertia V. Fowler, as administratrix, etc., against the Buffalo Furnace Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 58 N. Y. Supp. 223.

FRASER, Respondent, v. AMABILE et al., Appellants. (City Court of New York, General Term. December 27, 1899.) Action by Peter Fraser against Felix Amabile and another. From a judgment for plaintiff, and from an order denying a new trial, defendants appeal. Affirmed. William Sulphen, for appellants. J. Baldwin Hands, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

GALLAGHER, Appellant, v. BRYANT et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 1? 1899.) Action by Felix Gallagher against William C. Bryant and others. No opinion. Application for leave to appeal to the court of appeals granted. See 60 N. Y. Supp. 844.

In re GEORGI. (Supreme Court, Appellate Division, First Department. December 1? 1899.) In the matter of Otto H. Georgi. N? opinion. Motion denied, with $10 costs.

GERMAN NAT. BANK OF LITTL? ROCK, Respondent, v. GEER et al., Appellan? (Supreme Court, Appellate Division, First D?